IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONALD SATISH EMRIT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:15-CV-649-WKW |
| | ) |
| BEASLEY ALLEN, P.C., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On June 7, 2016, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. (Doc. # 10.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that the Recommendation of the Magistrate Judge (Doc. # 10) is ADOPTED. It is further ORDERED that Plaintiff's Complaint (Doc. # 1) is DISMISSED for failure to prosecute.

A separate final judgment will be entered.

DONE this 28th day of June, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE